B1 (Official Form 1) (4/10)

| UNITED STATES BANKRUPTCY COURT<br>Central District of California | VOLUNTARY PETITION |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>NMC LOGISTICS INTERNATIONAL, INC | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>N/A | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>71-0982324 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>17870 Castleton Street, Suite 246<br>City of Industry, CA 91748<br>ZIP CODE | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Los Angeles | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>See Exhibit D on page 2 of this form.<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7       ☐ Chapter 15 Petition for<br>☐ Chapter 9          Recognition of a Foreign<br>☑ Chapter 11        Main Proceeding<br>☐ Chapter 12     ☐ Chapter 15 Petition for<br>☐ Chapter 13        Recognition of a Foreign<br>                               Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☑ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached.<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☑ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1) (4/10) Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): **NMC LOGISTICS INTERNATIONAL, INC** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: Central District of California | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)    (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form) 1 (4/10) Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case.)* | NMC LOGISTICS INTERNATIONAL, INC |

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (if not represented by attorney)

Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

Date

#### Signature of Attorney*

X /s/ Vincent Y. Lin
Signature of Attorney for Debtor(s)
**Vincent Y. Lin**
Printed Name of Attorney for Debtor(s)
**Law Offices of Vincent Y. Lin**
Firm Name
**17919 Gale Ave., City of Industry, CA 91748**
Address
**626-935-0929**
Telephone Number
**7/15/2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual
**Eric Chang**
Printed Name of Authorized Individual
**President**
Title of Authorized Individual
**7/15/2011**
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

# RESOLUTION OF BOARD OF DIRECTORS TO
# AUTHORIZE FILING BANKRUPTCY PETITION

IN RE: NMC LOGISTICS INTERNATIONAL, INC

Date: 7/15/2011

The undersigned being all members of the Board of Directors of NMC LOGISTICS INTERNATIONAL, INC ("the Company"), and having met pursuant to the bylaws of the Company, and notice of such meeting have been waived; and

The Board of Directors having received and reviewed reports furnished it concerning the financial conditions of the Company; and

It appearing in the business judgment of the Board of Directors that the Company should be rehabilitated and reorganized under the supervision of the United States Bankruptcy Court, it is hereby

RESOLVED, that the Company initiate a case under Chapter 11 of the Bankruptcy Code; and it is further

RESOLVED, that ERIC CHANG is authorized and directed to prepare or cause to be prepared all documents, petitions, pleadings and other instruments necessary, or in the sole discretion of ERIC CHANG appropriate to cause the initiation and prosecution of a case under the Bankruptcy Code and it is further

RESOLVED, that ERIC CHANG is authorized and directed to employ and retain VINCENT Y. LIN, Attorney at Law, to represent the Company in its case under the Bankruptcy Code upon such retainer and compensation agreement as may seem in the sole discretion of ERIC CHANG to be appropriate.

NMC LOGISTICS INTERNATIONAL, INC

By: _____
ERIC CHANG
SOLE DIRECTOR / PRESIDENT

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court

Central District of California

In re:   NMC LOGISTICS INTERNATIONAL, INC            Case No._____

                                                    Chapter: 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as the "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Grand BHB Commerce Co Ltd Suite 802 St James Court St Denis Street Port Louise, Mauritius | Grand BHB Commerce Co Ltd Suite 802 St James Court St Denis Street Port Louise, Mauritius | Business Service | | $2,300.00 |
| NMC Logistics International Inc Calle 60 Sector A Oficina D-16Edifici Centre Serveis Barcelona, Spain | NMC Logistics International Inc Calle 60 Sector A Oficina D-16Edifici Centre Serveis Barcelona, Spain 932-687860 | Business Service | | $1,200.00 |
| Global Manufacturing Solutions 6350 East Littletown Road | Global Manufacturing Solutions 6350 East Littletown Road | Business Service | | $1,500.00 |

B4 (Official Form 4) (12/07)

| | | | | |
|---|---|---|---|---|
| Scottsdale, AZ 85706 | Scottsdale, AZ 85706 520-690-8850 | | | |
| East West Logistics LLC 14300 Northsight Blvd Tucson, AZ 85706 | East West Logistics LLC 14300 Northsight Blvd Tucson, AZ 85706 480-635-8432 | Business Service | | $8,100.00 |
| Passport CFS Logistics 2100 91st Street North Bergen, NJ 07047 | Passport CFS Logistics 2100 91st Street North Bergen, NJ 07047 201-869-1000 | Business Service | | $3,079.42 |
| Galaxy Terminal 5950 West 66th Street Bedford Park, IL 60638 | Galaxy Terminal 5950 West 66th Street Bedford Park, IL 60638 708-728-1515 | Business Service | | $28.90 |
| NMC Logistics (Guangzhou) Ltd Room 2710-2711 Building B Fengxin Plaza No 242 Tianhe Guangzhou, China | NMC Logistics (Guangzhou) Ltd Room 2710-2711 Building B Fengxin Plaza No 242 Tianhe Guangzhou, China 011-86-20-3839-4585 | Business Service | | $3,907.82 |
| NMC Logistics International (Hong Kong) Ltd 15/F Ashley Nine 9-11 Ashley Road Tsim Shatsui, Kowloon, Hong Kong | NMC Logistics International (Hong Kong) Ltd 15/F Ashley Nine 9-11 Ashley Road Tsim Shatsui, Kowloon, Hong Kong 011-852-2302-1610 | Business Service | | $3,870.75 |
| NMC Logistics (Kaohsiung) International Co Ltd 13F-1 No 31 Hai Pien Road Kaohsiung, Taiwan | NMC Logistics (Kaohsiung) International Co Ltd 13F-1 No 31 Hai Pien Road Kaohsiung, Taiwan 011-886-7-331-7047 | Business Service | | $165.60 |
| NMC Logistics (Ningbo) International Co Ltd 9F B22 No 55 Tong Du Road Ningbo, China | NMC Logistics (Ningbo) International Co Ltd 9F B22 No 55 Tong Du Road Ningbo, China 011-86-574-8725- | Business Service | | $10.84 |

B4 (Official Form 4) (12/07)

| | 9588 | | | |
|---|---|---|---|---|
| NMC Logistics (Shanghai) International Co Ltd Room 1908 No 188 Siping Road Shanghai, China | NMC Logistics (Shanghai) International Co Ltd Room 1908 No 188 Siping Road Shanghai, China 011-86-21-6522-9286 | Business Service | | $2,000.00 |
| NMC Logistics (Shenzhen) International Co Ltd Room 2408 Golden Business Center No 2028 Shennah East Road Shenzhen, China | NMC Logistics (Shenzhen) International Co Ltd Room 2408 Golden Business Center No 2028 Shennah East Road Shenzhen, China 011-86-755-25157809 | Business Service | | $4,265.83 |
| NMC Logistics (Taichung) International Co Ltd 15F-2 No 499 Chung Ming South Road Taichung, Taiwan | NMC Logistics (Taichung) International Co Ltd 15F-2 No 499 Chung Ming South Road Taichung, Taiwan 011-886-4-23757411 | Business Service | | $3,100.00 |
| NMC Logistics (Taipei) International Co Ltd Room 801 No 181 Fu Hsing North Road Taipei, Taiwan | NMC Logistics (Taipei) International Co Ltd Room 801 No 181 Fu Hsing North Road Taipei, Taiwan 011-886-2-2545-7988 | Business Service | | $35,582.26 |
| Law Offices of J.F. Lee 17800 Castleton St #383 City of Industry, CA 91748 | Law Offices of J.F. Lee 17800 Castleton St #383 City of Industry, CA 91748 626-810-7200 | Legal Service | | $60,000.00 |
| Kevin Hsu CPA Corp 17890 Castleton St #295 City of Industry, CA 91748 | Kevin Hsu CPA Corp 17890 Castleton St #295 City of Industry, CA 91748 | Legal Service | | $6,300.00 |

B4 (Official Form 4) (12/07)

|  | 626-810-6188 |  |  |  |
|---|---|---|---|---|
| Arrival Logistics Inc<br>14553 White Stallion Ct<br>Chino Hills, CA 91709 | Arrival Logistics Inc<br>14553 White Stallion Ct<br>Chino Hills, CA 91709<br>909-270-2713 | Business Service |  | $20,000.00 |
| Wonder Shipping Line Inc<br>15568 East Gale Avenue<br>Hacienda Heights, CA 91745 | Wonder Shipping Line Inc<br>15568 East Gale Avenue<br>Hacienda Heights, CA 91745<br>626-968-8685 | Business Service |  | $15,000.00 |
| Global Garlic & Ingredients Inc<br>1142 South Diamond Bar Blvd<br>Diamond Bar, CA 91765 | Global Garlic & Ingredients Inc<br>1142 South Diamond Bar Blvd<br>Diamond Bar, CA 91765<br>909-861-2910 | Business Service |  | $23,000.00 |
| Leopard Shipping & Cargo LLC<br>PO Box 42688<br>Dubai, United Arab Emirates | Leopard Shipping & Cargo LLC<br>PO Box 42688<br>Dubai, United Arab Emirates<br>009714-2270212 | Business Service |  | $12,000.00 |
| Middle East Aviation Equipment<br>No 601 6th Floor Kuwaiti Bank Building Baniyas Road Deira<br>PO Box 39180<br>Dubai, United Arab Emirates | Middle East Aviation Equipment<br>No 601 6th Floor Kuwaiti Bank Building Baniyas Road Deira<br>PO Box 39180<br>Dubai, United Arab Emirates | Business Service |  | $14,000.00 |
| PT. TRIOEAGLE LOGISTICS<br>JL. BOULEVARD RAYA BLOK QF1 KELAPA GADING, JAKARTA, INDONESIA | PT. TRIOEAGLE LOGISTICS<br>JL. BOULEVARD RAYA BLOK QF1 KELAPA GADING, JAKARTA, INDONESIA | Business Service |  | $206,380.72 |

B4 (Official Form 4) (12/07)

Date: 7/15/2011

_____
Debtor

NMC Logistics International, Inc

| Party Name, Address and Telephone Number *(CA State Bar No. If Applicable)* | FOR COURT USE ONLY |
|---|---|
| Vincent Y. Lin (SBN: 201419)<br>Law Offices of Vincent Y. Lin<br>17919 Gale Ave.,<br>City of Industry, CA 91748 | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re: NMC LOGISTICS INTERNATIONAL, INC

CHAPTER 11

CASE NUMBER

Debtor.    (No Hearing Required)

# VENUE DISCLOSURE FORM
# FOR CORPORATIONS FILING CHAPTER 11
### *(Required by General Order 97-02)*

*Attach additional sheets as necessary and indicate so in each section*

1. Specify the address of the principal office of the Debtor currently on file with the California Secretary of State *(from Form S0100, S0200, or S0300)*:
   17870 Castleton Street, Suite 246
   City of Industry, CA 91748

2. Specify the address of the principal office of the Debtor listed on the Debtor's most recent federal tax return:
   17870 Castleton Street, Suite 246
   City of Industry, CA 91748

3. Disclose the current business address(es) for all corporate officers:
   17870 Castleton Street, Suite 246
   City of Industry, CA 91748

4. Disclose the current business address(es) where the Debtor's books and records are located:
   17870 Castleton Street, Suite 246
   City of Industry, CA 91748

| | | |
|---|---|---|
| | Venue Disclosure Form for Corporations Filing Chapter 11 - *Page 2* | **VEN-C** |
| In re | | CHAPTER 11 |
| | Debtor. | CASE NUMBER |

5. List the address(es) where the majority of the Debtor's assets are located based on a book value determination as set forth on the Debtor's most recent balance sheet:

   17870 Castleton Street, Suite 246
   City of Industry, CA 91748

6. Disclose any different address(es) to those listed above within six months prior to the filing of this petition and state the reasons for the change in address(es):

7. State the name and address of the officer signing this Statement and the relationship of such person to the Debtor *(specify)*:

   Eric Chang, Sloe Director
   17870 Castleton Street, Suite 246
   City of Industry, CA 91748

8. Total number of attached pages of supporting documentation: _____

9. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on the __15th__ day of __July__, 20__11__, at __City of Industry__, California.

Eric Chang
*Type Name of Officer*

Sole Director /President
*Position or Title of Officer*

_Signature of Declarant_

B 201 - Notice of Available Chapters (Rev. 12/08)                                    USBC, Central District of California

Name: Vincent Y. Lin (SB# 201419)

Address: 17919 Gale Ave., City of Industry, CA 91748

Telephone: 626-935-0929        Fax: 626-935-0380

☑ Attorney for Debtor
☐ Debtor in Pro Per

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| List all names including trade names, used by Debtor(s) within last 8 years: | Case No.: |
|---|---|
| NMC LOGISTICS INTERNATIONAL, INC. | **NOTICE OF AVAILABLE CHAPTERS** (Notice to Individual Consumer Debtor Under § 342(b) of the Bankruptcy Code) |

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

1. **Services Available from Credit Counseling Agencies**

    **With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

    **In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

B 201 - Notice of Available Chapters (Rev. 12/08)                                            USBC, Central District of California

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.
4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.
2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.
3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)
Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)
Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

B 201 - Notice of Available Chapters (Rev. 12/08)                                    USBC, Central District of California

## Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

_____
Printed name and title, if any, of Bankruptcy Petition Preparer

_____

Social Security number (If the bankruptcy petition Address: preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

X_____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

Eric Chang                                            [signature]            7/15/2011
Printed Name(s) of Debtor(s)                  Signature of Debtor       Date

Case No. (if known) _____        X_____
                                                                 Signature of Joint Debtor (if any)    Date

Verification of Creditor Mailing List - (Rev. 10/05)  2003 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-1(d)

Name: Vincent Y. Lin (SBN: 201419), Law Offices of Vincent Y. Lin

Address: 17919 Gale Ave., City of Industry, CA 91748

Telephone: 626-935-0929

☑ Attorney for Debtor(s)
☐ Debtor in Pro Per

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

List all names including trade names used by Debtor(s) within last 8 years):

NMC Logistics International, Inc

Case No.:

Chapter: 11

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __4__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-1(d) and I/we assume all responsibility for errors and omissions.

Date: 7/15/2011

Eric Chang
*Debtor*

Vincent Y. Lin
*Attorney (if applicable)*

*Joint Debtor*

## MASTER MAILING LIST

NMC logistics International, Inc
17870 Castleton Street, Suite 246
City of Industry, CA 91748


Vincent Y. Lin, Esq
Law offices of Vincent Y. Lin
17919 Gale Ave.
City of Industry, CA 91748


United States Trustee
725 South Figueroa Street, 26th Floor
Los Angeles, CA 90017

Grand BHB Commerce Co Ltd
Suite 802 St James Court
St Denis Street
Port Louise, Mauritius


NMC Logistics International Inc
Calle 60 Sector A Oficina
D-16Edifici Centre Serveis
Barcelona, Spain


Global Manufacturing Solutions
6350 East Littletown Road
Scottsdale, AZ 85706


East West Logistics LLC
14300 Northsight Blvd
Tucson, AZ 85706


Passport CFS Logistics
2100 91st Street
North Bergen, NJ 07047


Galaxy Terminal
5950 West 66th Street
Bedford Park, IL 60638


NMC Logistics (Guangzhou) Ltd
Room 2710-2711 Building B
Fengxin Plaza No 242 Tianhe
Guangzhou, China


NMC Logistics Intl (Hong Kong) Ltd
15/F Ashley Nine 9-11 Ashley Road
Tsim Shatsui, Kowloon, Hong Kong

NMC Logistics Intl Co Ltd
13F-1 No 31 Hai Pien Road
Kaohsiung, Taiwan


NMC Logistics (Ningbo) Intl Co Ltd
9F B22 No 55 Tong Du Road
Ningbo, China


NMC Logistics(Shanghai) Intl Co Ltd
Room 1908 No 188 Siping Road
Shanghai, China


NMC Logistics(Shenzhen) Intl Co Ltd
Room 2408 Golden Business Center
No 2028 Shennah East Road
Shenzhen, China


NMC Logistics(Taichung) Intl Co Ltd
15F-2 No 499 Chung Ming South Road
Taichung, Taiwan


NMC Logistics (Taipei) Intl Co Ltd
Room 801 No 181 Fu Hsing North Road
Taipei, Taiwan


Law Offices of J.F. Lee
17800 Castleton St #383
City of Industry, CA 91748


Kevin Hsu CPA Corp
17890 Castleton St #295
City of Industry, CA 91748

Arrival Logistics Inc
14553 White Stallion Ct
Chino Hills, CA 91709


Wonder Shipping Line Inc
15568 East Gale Avenue
Hacienda Heights, CA 91745


Global Garlic & Ingredients Inc
1142 South Diamond Bar Blvd
Diamond Bar, CA 91765


Leopard Shipping & Cargo LLC
PO Box 42688
Dubai, United Arab Emirates


Middle East Aviation Equipment
No 601 6th Floor Kuwaiti Bank Bldg
Baniyas Road Deira PO Box 39180
Dubai, United Arab Emirates


PT. TRIOEAGLE LOGISTICS
JL. BOULEVARD RAYA BLOK QF1
KELAPA GADING, JAKARTA, INDONESIA